**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SRINIVASA RAO KAMBALA, *et al.* | § | |
| | § | |
| Plaintiffs. | § | |
| v. | § | Case No. 1:13-cv-00498-RC-ZJH |
| | § | |
| SIGNAL INTERNATIONAL LLC, *et al.* | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' RESPONSE TO BURNETT'S MOTION TO REASSERT MOTIONS TO DISMISS (DOC NO. 33) AND MOTION TO DISMISS FOR LACK OF JURISDICTION (DOC NO. 32)**

Christopher J. Willett (Texas Bar No. 24061895)
Kayvon Sabourian (Texas Bar No. 24076824)
(admitted by *pro hac vice*)

EQUAL JUSTICE CENTER AND
TRANSNATIONAL WORKER RIGHTS CLINIC
510 S. Congress Ave., Suite 206
Austin, TX 78704
Telephone: 512-474-0007, ext. 107
Facsimile: 512-474-0008
Email: cwillett@equaljusticecenter.org

*Attorneys for Plaintiffs*

1

Defendants Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (collectively, "Burnett") have moved to reassert motions to dismiss pursuant to Fed. R. Civ. 12(b)(2) and Fed. R. Civ. P. 12(b)(6) (Motion to Reassert, ECF No. 43).  The Plaintiffs filed Plaintiffs' Second Amended Complaint on April 11, 2014 (ECF No. 39).  Burnett moved to reassert these motions following this Court's Order, dated April 25, 2014 (ECF No. 41), denying as moot Burnett's "Motion to Dismiss" (ECF No. 33), and Burnett's "Motion to Dismiss for Lack of Jurisdiction" (ECF No. 32).

As Burnett has offered no new allegations or arguments in support of these Motions to Dismiss, Plaintiffs hereby respectfully reassert all Responses in Opposition to Burnett's reasserted Motions to Dismiss.  Specifically, Plaintiffs wholly adopt and reassert: (1) Plaintiffs' Response in Opposition to Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) of Burnett Defendants (ECF No. 36); (2) Plaintiffs' Response in Opposition to Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) of Burnett Defendants (ECF No. 37).

For the reasons outlines in Plaintiffs' reasserted Responses in Opposition, Plaintiffs respectfully request that Burnett's reasserted Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) be denied in their entirety.

Respectfully submitted this 13th day of mAY, 2014.

EQUAL JUSTICE CENTER

By:  /s/ Christopher J. Willett
Christopher J. Willett
Texas Bar No. 24061895
Kayvon Sabourian
Texas Bar No. 24076824 (admitted by *pro hac vice*)

EQUAL JUSTICE CENTER and
TRANSNATIONAL WORKER RIGHTS CLINIC
510 S. Congress Ave., Suite 206
Austin, TX 78704
Telephone: (512) 474-0007, ext. 107
Facsimile: (512) 474-0008
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of an electronic filing to all CM/ECF participants.


  /s/ Christopher J. Willett
Christopher J. Willett