**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SRINIVASA RAO KAMBALA, *et al.* | § § § | |
| Plaintiffs. | § § | |
| v. | § | Case No. 1:13-cv-00498-RC-ZJH |
| SIGNAL INTERNATIONAL LLC, *et al.* | § § § | |
| Defendants. | § § | |

## NOTICE OF AUTOMATIC STAY OF CLAIMS AGAINST DEFENDANTS KURELLA RAO AND INDO-AMERI SOFT, LLC

Plaintiffs hereby provide notice to the Court and to the parties that Defendant Kurella Rao and Indo-Ameri Soft, LLC filed a Voluntary Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code. In Re Kurella S. Rao, No. 14-11173 (Bankr. E.D. La. May 12, 2014); In Re Indo-Ameri Soft, L.L.C., No. 14-11174 (Bankr. E.D. La. May 12, 2014). Therefore, an automatic stay of the above-captioned proceedings as against Defendants Kurella Rao and Indo-Ameri Soft, LLC is in effect, as set forth in the Bankruptcy Code, 11 U.S.C. § 362(a).

Respectfully submitted this 30th day of May, 2014.

EQUAL JUSTICE CENTER

By: /s/ Christopher J. Willett
Christopher J. Willett
Texas Bar No. 24061895
Kayvon Sabourian
Texas Bar No. 24076824 (admitted by *pro hac vice*)
EQUAL JUSTICE CENTER and
TRANSNATIONAL WORKER RIGHTS CLINIC
510 S. Congress Ave., Suite 206
Austin, TX 78704
Telephone: (512) 474-0007, ext. 107
Facsimile: (512) 474-0008
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of an electronic filing to all CM/ECF participants.

          /s/ Christopher J. Willett
          Christopher J. Willett