**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SRINIVASA RAO KAMBALA** *et al.* | § | |
| | § | |
| **v.** | § | **NO. 1:13-CV-498** |
| | § | |
| **SIGNAL INTERNATIONAL L.L.C.** *et al* | § | |

## ORDER TO DESIGNATE FIVE PLAINTIFFS FOR THE FIRST TRIAL

This case is assigned to the Honorable Ron Clark, Chief United States District Judge, and is referred to the undersigned United States Magistrate Judge to conduct all pretrial proceedings pursuant to a Referral Order.  (Doc. No. 2.)  There are sixteen Plaintiffs in this case.  (See Doc. No. 1.)  Because of the number of Plaintiffs, along with the fact that translators will be necessary, having all sixteen Plaintiffs in one trial will be cumbersome and inefficient. Therefore, the undersigned finds that there should be three trials—the first two consisting of five plaintiffs and the last consisting of six.

The Plaintiffs for the first trial will be designated by the parties as follows: the Plaintiffs shall choose two, Signal[1] one, Burnett[2] one, and Dewan[3] one.  The parties are to submit their designations to the court within seven days.

SIGNED this 30th day of January, 2015.

_____
Zack Hawthorn
United States Magistrate Judge

---

1.  "Signal" consists of Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., and Signal International Texas, L.P.

2.  "Burnett" consists of Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C.

3.  "Dewan" consists of Sachin Dewan and Dewan Consultants Pvt. Ltd.