# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| SRINIVASA RAO KAMBALA, *et al.* § | |
| § | |
| Plaintiffs. § | |
| v.  § | Case No. 1:13-cv-00498-RC-ZJH |
| § | |
| SIGNAL INTERNATIONAL LLC, *et al.* § | |
| § | |
| Defendants. § | |

## ORDER ON SIGNAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered Signal's Motion for Partial Summary Judgment (ECF No. 114), arguments of and evidence submitted by the parties, and additional pleadings, the Court orders that Signal's Motion is hereby DENIED.