**NOT FOR PRINTED PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| SRINIVASA RAO KAMBALA, ET AL. § § § Plaintiff, § § v. § § SIGNAL INTERNATIONAL LLC, ET AL. § § Defendant. § § § | | NO. 1:13-CV-00498-RC |

## ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF DALLI

On August 24, 2018, Judge Hawthorn entered a report (Doc. No. 138) recommending dismissal of Plaintiff Srinivasa Reddy Dalli's claims for failure to prosecute under FED. R. CIV. P. 41(b) after Dalli failed to contact counsel for over one year and comply with the "Order to Respond to the Withdrawal of Counsel." Doc. No. 134; Doc. No. 136. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 138) is **ADOPTED**, and Plaintiff Dalli's claims are dismissed without prejudice.

So **ORDERED** and **SIGNED** September 12, 2018.

_____

Ron Clark, Senior District Judge